IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

VERNON D. BEGLEY,

      Appellant,

v.

FLORIDA COMMISSION ON
OFFENDER REVIEW,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-1051

Opinion filed June 22, 2016.

An appeal from an order of the Circuit Court for Leon County.
James C. Hankinson, Judge.

Vernon D. Begley, pro se, for Appellant.

Sarah J. Rumph, General Counsel, Florida Commission on Offender Review,
Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

WOLF, WETHERELL, and WINSOR, JJ., CONCUR.